UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

JUAN ALBERTO ORTIZ-LOPEZ
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 60801-018

JOSE MARIA BARRIOS-IPUANA
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 50689-018

JORGE LUIS SOLAR-CHIMA
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 38854-004

MANUEL JULIN CARNALES
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13185-069

CARLOS ANDUJAR-JONES
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61561-018

BERNABE GARCIA-CUERO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61053-018

ELDER NEHEMIAS LOPEZ-HERNANDEZ
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 02006-104

ALEXIS SALAZAR-TRIVINO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61736-018

Case: 1:16-cv-02160          (F-Deck)
Assigned To : Jackson, Amy Berman
Assign. Date : 10/27/2016
Description: Pro Se Gen. Civil     Jury Demand





MILTON ARAGON CUERO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62044-018

STEVENSON JAIR PALLARES TRUJILLO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62222-018

JHAIR GENEROSO PATERNINA-CHRISTOPHER
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61025-018

WILSON RAUL RODRIGUEZ MONTANO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62050-018

ANTONIO VALLALOBOS-ANDRADES
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 19362-069

MANUEL CUERO-CAICEDO
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 55454-018

HERNANDO ANTONIO JIMENEZ-ORTIZ
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62020-018

RAFAEL ANTONIO PATINO-VILLALOBOS
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13149-004

ALBEIRO QUINONES HINESTROZA  |
Federal Correctional Institution|
P.O. Box 5000  |
Oakdale, LA. 71463  |
Reg # 62043-018  |

vs.  |

LORETTA LYNCH  |
United States Attorney General  |
950 Pennsylvania Avenue NW  |
Washington, DC. 20530  |

DIRECTOR OF THE  |
FEDERAL BUREAU OF PRISONS  |
320 First Street, NW  |
Washington, DC. 20534  |

## COMPLAINT

COMES NOW the Plaintiff's, JUAN ALBERTO ORTIZ LOPEZ, et. al. in PRO-SE, in necessity, and hereby MOVES this Honorable Court to ISSUE an ORDER of DECLARATORY JUDGMENT and/or INJUNCTIVE RELIEF. The Plaintiffs hereby aver that they have been deprived of basic HUMAN RIGHTS and FUNDAMENTAL FREEDOMS, and that the Defendants herein have violated the "UNIVERSAL DECLARATION OF HUMAN RIGHTS", whereas the Peoples of the United Nations have in the charter reaffirmed their faith in fundamental human rights. The Defendants have acted in violation of their very own, DUE PROCESS, MANDATES of the UNITED STATES CONSTITUTION'S, FIFTH AMENDMENT.

The Plaintiffs' rights against impairment under Color of Federal Law, are UNEQUIVOCALLY PROTECTED pursuant to the Fifth Amendment of the Constitution of the United States.  The Plaintiffs' have a basic HUMAN RIGHT to be FREE from: ARBITRARY ARREST, DETENTION or EXILE [ABDUCTION and KIDNAPPING] and being held in slavery or seritude; "slavery and all the slave trade shall be prohibited in all their forms."

Moreover, the Plaintiffs' seek redress in this Federal Court pursuant to Bivens v. Six Unknown Named Agents, and the Universal Declaration of Human Rights of the United Nations.  In support, the Plaintiffs' show the Court the following:

## I) JURISDICTION

1) This is a Civil Action authorized by Bivens Action to redress the deprivation, under Color of Federal Law, of rights secured by the Constitution of the United States.  The Court has jurisdiction under 28 U.S.C. § 1331 and § 1343.  Plaintiffs' seek declaratory relief pursuant to 28 U.S.C. § 2201 and § 2202.  Plaintiffs' claims for INJUNCTIVE RELIEF are authorized by 28 U.S.C. § 2283 and § 2284 along with Federal Rules of civil Procedure, Rule 56.

2) The United States District Court for the District of Columbia is an appropriate venue under 28 U.S.C. § 1391(b)(1), because it is where all the Defendants reside and/or perform their duties.

## II) PLAINTIFFS

3) Plaintiff, JUAN ALBERTO ORTIZ-LOPEZ, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

4) Plaintiff, JOSE MARIA BARRIOS-IPUANA, is and was at all times
   mentioned herein, a prisoner of the United States in custody
   of the Federal Bureau of Prisons, subsequent to being abduct-
   ed from his home country.  He is currently confined at the
   Oakdale Federal Correctional Institution in Oakdale Louisi-
   ana.

5) Plaintiff, JORGE LUIS SOLAR-CHIMA, is and was at all times
   mentioned herein, a prisoner of the United States in custody
   of the Federal Bureau of Prisons, subsequent to being abduct-
   ed from his home country.  He is currently confined at the
   Oakdale Federal Correctional Institution in Oakdale Louisi-
   ana.

6) Plaintiff, MANUEL JULIN CARNALES, is and was at all times
   mentioned herein, a prisoner of the United States in custody
   of the Federal Bureau of Prisons, subsequent to being abduct-
   ed from his home country.  He is currently confined at the
   Oakdale Federal Correctional Institution in Oakdale Louisi-
   ana.

7) Plaintiff, CARLOS ANDUJAR-JONES, is and was at all times
   mentioned herein, a prisoner of the United States in custody
   of the Federal Bureau of Prisons, subsequent to being abduct-
   ed from his home country.  He is currently confined at the
   Oakdale Federal Correctional Institution in Oakdale Louisi-
   ana.

8) Plaintiff, BERNABE GARCIA-CUERO, is and was at all times
   mentioned herein, a prisoner of the United States in custody
   of the Federal Bureau of Prisons, subsequent to being abduct-
   ed from his home country.  He is currently confined at the
   Oakdale Federal Correctional Institution in Oakdale Louisi-
   ana.

9) Plaintiff, ELDER NEHEMIAS LOPEZ-HERNANDEZ, is and was at all
   times mentioned herein, a prisoner of the United States in
   custody of the Federal Bureau of Prisons, subsequent to be-
   ing abducted from his home country. He is currently confin-

ed at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

10) Plaintiff, ALEXIS SALAZAR-TRIVINO, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

11) Plaintiff, MILTON ARAGON CUERO, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

12) Plaintiff, STEVENSON JAIR PALLARES TRUJILLO, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

13) Plaintiff, JHAIR GENEROSO PATERNINA-CHRISTOPHER, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

14) Plaintiff, WILSON RAUL RODRIGUEZ MONTANO, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

15) Plaintiff, ANTONIO VALLALOBOS-ANDRADES, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

16) Plaintiff, MANUEL CUERO-CAICEDO, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

17) Plaintiff, HERNANDO ANTONIO JIMENEZ-ORTIZ, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

18) Plaintiff, RAFAEL ANTONIO PATINO-VILLALOBOS, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

19) Plaintiff, ALBEIRO QUINONES HINESTROZA, is and was at all times mentioned herein, a prisoner of the United States in custody of the Federal Bureau of Prisons, subsequent to being abducted from his home country.  He is currently confined at the Oakdale Federal Correctional Institution in Oakdale Louisiana.

## III) DEFENDANTS

20) Defendant, LORETTA LYNCH, is the United States Attorney General.  After appointment to her present post, by President Barrack Obama, she became legally responsible for the administration of Justice in the United States of America.  Loretta Lynch bears an ABSOLUTE SUPERVISORY liability in this case.

21) Defendant, UNKNOWN NAMED CHIEF OF LAW ENFORCEMENT for the United States Coast Guard, is and was at all times mentioned herein the Commanding Officer over the Coast Guard Boat and Personnel who are abducting Foreign Nationals from their home countries and/or home country's waters.  This act is just as EGREGIOUS as Christopher Columbus' introduction of the Transatlantic Slave Trade which is identical in nature.

22) Defendant, DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, is the recipient and controlling Executive Officer of monies paid by the Department of Justice for the incarceration of Foreign Nationals who have been abducted and sold into a Modern Day Slave Trade under the ruse of enforcing International Law.

## IV) STATEMENT OF FACTS

23) Plaintiff, JUAN ALBERTO ORTIZ-LOPEZ, was a successful busi-
nessman in San Marcos, Guatemala. His being Sole pro-
prietor of an Agricultural Business, made him well known for
producing coffee beans, cocoa, and cattle.

24) Mr. Ortiz-Lopez's business required a great deal of land.
Consequently, he was forced to trade in lands on a regular
basis.  After one such transaction at his Attorney's Office,
Mr. Ortiz-Lopez chose to drive himself to his home in Guate-
mala.  This peaceful and scenic drive was interrupted by his
abduction.

25) Mr. Ortiz-Lopez was kidnapped in his home country by UNIDENT-
IFIED American Agents working with the Guatemalan Army under
the guise of enforcing International Law.

26) Mr. Ortiz-Lopez was extradited to the United States, and
charged in the United States District Court, Middle District
of Florida, for Conspiracy to Possess with Intent to Dist-
ribute Cocaine while on board a plane, subject to the juris-
diction of the United States.  All in violation of Inter-
national Law 46 U.S.C. § 70503, § 70506, and 21 U.S.C. § 960. Mr.
Ortiz-Lopez ONLY boarded the vessel when forced to by Ameri-
can Agents.

27) Mr. Ortiz-Lopez's abduction caused IRREPARABLE DAMAGE and
suffering far beyond his being kidnapped and held hostage
by the TYRANNY of the Defendants.  Mr. Ortiz-Lopez is a be-
loved family man, husband, father of many children and grand
father of five.  His victimization by an International Slave
Trade has burdened his family beyond the imagination of an
ordinary law abiding citizen of any country in the United
Nations.

28) Plaintiff, JOSE MARIA BARRIOS-IPUANA, who was similarly sit-
uated to that of the previous Plaintiff, is a respected

Tribal Leader in his home country of Colombia.  This Plaint-
iff was also abducted from Venezuela while purchasing gasoline
for transfer to Colombia, where he was detained for three years.
Plaintiff was unexpectedly extradited to the United States,
where he was charged in a United States District Court for
the Middle District of Florida, all in violation of Inter-
national Law, 46 U.S.C. § 70506, and § 70503.

29) Plaintiff, JORGE LUIS SOLAR CHIMA, worked as a mechanic of
Outboard Motors as he had done for years.  He worked independ-
antly in Colombia in a number of cities in Colombia, accord-
ing to market needs.

30) This Plaintiff was abducted in Maicaco, Guajira, Colombia
on December 4, 2013.  He was charged with Conspiracy to
Possess with Intent to Distribute Cocaine pursuant to Inter-
national Law 46 U.S.C. § 70503, and § 70506.

31) This Plaintiff was extradited to the United States on Decem-
ber 11, 2014 after being held in a Maximum Security Prison
in Colombia.

32) The Plaintiffs in this action collectively and severly here-
by aver that they are similarly situated to each other, and
therefore similarly prejudiced.

33) The Plaintiffs in this action aver that their convictions
are UNCONSTITUTIONAL.  The power granted to Congress in the
offenses clause is limited by customary International Law
for two reasons.  First, the related United States Supreme
Court precedent and the text, history, and structure of the
United States Constitution confirm that the power to "define"
is limited by law of Nations.  Second, the phrase "offenses
against the law of nations" is understood today to mean viola-
tions of customary International Law.

34) The power to "define" offenses against the law of nations
DOES NOT grant Congress the authority to punish conduct that

is NOT a violation of the law of nations.  The United States
Supreme Court has explained that the power to "define" in
the United States Constitution Article I, Section 8, Clause
10, is limited by three specific subjects of the clause.

35) Uniform condemnation and criminalization DOES NOT make some-
thing an International Crime.  Murder and Rape, and indeed,
most malum in such offenses, are also universally condemned,
and all fall outside of International Law.

36) Drug Trafficking is NOT a violation of customary Internation-
al Law.  The wilfull abduction of the Plaintiffs' is there-
fore, a violation of the Constitution of the United States
and the Universal Declaration of Human Rights.  The acts of
the Defendants are in furtherance of the deprivations of
Civil rights.

## V) LEGAL CLAIMS

37) The Plaintiffs  hereby re-allege and incorporate by refer-
ence paragraphs 1-38.

38) The abduction and holding hostage of the Plaintiffs, violate
their basic Human Rights and constitute an EGREGIOUS DUE
PROCESS VIOLATION under the Fifth, Thirteenth, and Fourteenth
Amendments to the Constitution of the United States.

39) The Plaintiffs have no plain, adequate or complete remedy
at law to redress the wrongs described herein.  The Plaint-
iffs have been and will continue to be IRREPARABLY INJURED
by the conduct of the Defendants unless this Court GRANTS
the DECLATORY and INJUNCTIVE RELIEF which the Plaintiffs
seek.

## VI) RELIEF REQUESTED

40) WHEREFORE NOW, above premises considered, the Plaintiffs respectfully MOVE this Honorable Court to  GRANT RELIEF as follows:

41) A DECLARATION that the acts and ommissions described herein constitute DELIBERATE INDIFFERENCE because the Defendants disregarded the known and/or obvious consequences of abducting and incarcerating, for pay, INNOCENT FOREIGN NATIONALS, from the lands and waters of their home country in violation of basic HUMAN RIGHTS.  Moreover, that the Defendants disregarded, ignored and/or deviated from DUE PROCESS OF LAW, thereby violating the Plaintiffs' rights.

42) A PRELIMINARY and PERMANENT INJUNCTION ordering all previously named Defendants to IMMEDIATELY CEASE and DESIST from all activity that continues to deprive the Plaintiffs of their RIGHT TO LIBERTY.

43) A trial by Jury on all issues triable by Jury.

Plaintiffs' cost of filing suit and reasonable Attorney's fees.

44) Any additional relief this Court deems just and equitable, to include and not limited to the cost of commercial transportation to their respective homes, pursuant to LAW, LIBERTY, and EQUITY.

Done This 18th Day of August, 2016.
Respectfully Submitted,

_____                    Elder Lopez

Juan Alberto Ortiz-Lopez                Elder Nehemias Lopez-Hernandez
Federal Correctional Institution        Federal Correctional Institution
P.O. Boc 5000                                   P.O. Box 5000
Oakdale, LA. 71463                          Oakdale, LA. 71463
Reg # 60801-018                             Reg # 02006-104

Jose Maria Barrios-Ipuana
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 50689-018

Alexis Salazar-Trivino
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61736-018

Jorge Luis Solar-Chima
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 38854-004

Milton Aragon Cuero
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62044-018

Manuel Julin Carnales
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13185-069

Stevenson Jair Pallares Trujillo
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62222-018

Carlos Andujar-Jones
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61561-018

Jhair Generoso Paternina-Christopher
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61025-018

Bernabe Garcia-Cuero
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61053-018

Wilson Raul Rodriguez Montano
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62050-018

Antonio Vallalobos-Andrades
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
19362-069

Rafael Antonio Patino-Villalobos
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13149-004

*manuel cuero*

Manuel Cuero-Caicedo
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71464
Reg # 55454-018

Hernando Antonio Jumenez-Ortiz
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62020-018

*ALBEIRO QUINONES*

Albeiro Quinones Hinestroza
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62043-018

<u>VERIFICATION</u>

I have read the foregoing complaint and hereby verify the matters alleged therein are True, except as the matters alleged on information and belief, and, as to these I believe them to be True, I certify under penalty of perjury that the foregoing is True and Correct.

Done This 18th Day of August, 2016.
Respectfully Submitted,

Juan Alberto Ortiz-Lopez
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 60801-018

Elder Nehemias Lopez-Hernandez
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 02006-104

Carlos Andujar-Jones
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61561-018

Jhair Generoso Paternina-Christopher
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61025-018

Bernabe Garcia-Cuero
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61053-018

Wilson Raul Rodriguez Montano
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62050-018

*Barrios José M Ipuana*

Jose Maria Barrios-Ipuana
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 50689-018

*Alexis Salazar T*

Alexis Salazar-Trivino
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 61736-018

*Jorge Luis Solar, Chima*

Jorge Luis Solar-Chima
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 38854-004

*ARAGON IUERO MILTON*

Milton Aragon Cuero
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62044-018

*Manuel*

Manuel Julin Carnales
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13185-069

*Stevenson Pallares Trujillo*

Stevenson Jair Pallares Trujillo
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62222-018

*VALLOBOS ANDRADES ANTONIO*

Antonio Vallalobos-Andrades
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
19362-069

*Rafael A Patiño Villalobos*

Rafael Antonio Patino-Villalobos
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 13149-004

*manuel cuero*

Manuel Cuero-Caicedo
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71464
Reg # 55454-018

Hernando Antonio Jumenez-Ortiz
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62020-018

*ALBEIRO QUINONES*

Albeiro Quinones Hinestroza
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463
Reg # 62043-018